IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|    DAVID R.R. MEDINA, | ) | Case No. 19-25977-LSS |
|    DAWN T. MEDINA, | ) | Chapter 7 |
| | ) | |
|        Debtors. | ) | |
| _____ | ) | |

### EMERGENCY MOTION REQUESTING ENTRY OF ORDER OF DISCHARGE

COME NOW debtors, David R.R. Medina and Dawn T. Medina, by and through the undersigned counsel, and hereby moves this court for the entry of an order of discharge. In support thereof, Debtors respectfully state the following:

1.  On December 2, 2019, Debtors filed a voluntary Chapter 7 of the United States Bankruptcy Code. The Objections for Discharge for this case were scheduled on March 27, 2020.

2.  On January 27, 2020, the Meeting of Creditors was heard with Trustee Steven H. Greenfeld. No creditors appeared at the Meeting of Creditors and as of April 21, 2020, no creditors have filed an objection to discharge in this case. On January 29, 2020, the Chapter 7 Trustee Report of No Distribution was filed with the court.

3.  On March 19, 2020, the Debtors Financial Management Course Certificates and Official Forms 423 were filed with this court.

4.  Last week, Debtor Dawn T. Medina, a pharmacist, started employment, after several months of unemployment, with CVS near Mechanicsburg, Pennsylvania. The Debtors have put down a partial deposit on a three bedroom apartment near Mechanicsburg but have been informed by the landlord that the apartment will go the someone else unless the Debtors can provide a copy of the discharge order of their Ch. 7 bankruptcy case ASAP.

5.      Because of the Debtors' family size they desperately need a three bedroom apartment which are scarce in the area near Mechanicsburg.

6.      The Debtors have completed all of the necessary requirements for discharge of this case and granting the requested entry of an order of discharge will not prejudice any parties of interest herein.

WHEREFORE, Debtors pray that this Honorable Court enter an order of discharge for thsi Chapter 7 case.

Dated:   April 21, 2020                                          Respectfully submitted,

                                                                 By:  /s/ Erik G. Soderberg
                                                                 Erik G. Soderberg, Esq.
                                                                 Federal Bar No.: 15452
                                                                 15 Wes Gude Drive, Suite 400
                                                                 Rockville, Maryland 20850
                                                                 (301) 279-0303
                                                                 Counsel for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the foregoing Emergency Motion Requesting Entry of Discharge Order and proposed Order to be sent on **April 21, 2020**, by first-class U.S. Mail, postage prepaid to:

>Steven H. Greenfeld
>Chapter 7 Trustee
>2600 Tower Oaks Blvd., Suite 103
>Rockville, MD 20852

>/s/ *Erik G. Soderberg*
>Erik G. Soderberg